No. 83–1007. TIFFANY FINE ARTS, INC., ET AL. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari granted.